IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PERLMUTTER, ET AL. : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 21-5018 |
| TRINA & JEFFREY VARONE, ET AL. : | |

**O R D E R**

**AND NOW**, this 29th day of December 2021, upon consideration of Plaintiffs Dawn Perlmutter's and Thomas Bolick's Motion for Preliminary Injunction Against Defendants Trina Varone and Sutton Investments LLC (ECF No. 5) and Defendants Trina Varone's, Jeffrey Varone's, and Sutton Investments LLC's Opposition thereto (ECF No. 9), it is **ORDERED** that Plaintiffs' Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

*R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**