IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PERLMUTTER, ET AL. : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 21-5018 |
| TRINA & JEFFREY VARONE, ET AL. : | |

**O R D E R**

**AND NOW**, this 6th day of May 2022, upon consideration of the Government's Motion for Pre-Filing Injunction (ECF No. 24) and Plaintiffs Dawn Perlmutter's and Thomas Bolick's Response/Opposition to Preliminary Injunction Motion (ECF No. 27), it is **ORDERED** as follows:

1. The Clerk of Court **SHALL NOT ACCEPT** any of Plaintiffs Dawn Perlmutter's or Thomas Bolick's further filings in this matter against any Defendant without prior approval of this Court.

2. Plaintiffs Dawn Perlmutter and Thomas Bolick are **HEREBY ENJOINED** from commencing any new civil matters in any federal district court against any of the Defendants in this matter that relate, or could relate, to the distribution of Joan Sutton's estate without leave of this Court. In any such new matter, Plaintiffs shall be required to first certify to this Court that (a) the claims being presented have never been raised or disposed of on the merits by a federal court; (b) Plaintiffs believe the facts contained in the proposed complaint to be true; and (c) there is no reason why the claims are foreclosed by controlling law.

3. Upon a failure to certify or upon a false certification, Plaintiffs **MAY BE FOUND IN CONTEMPT** of Court and punished accordingly.

4. Plaintiffs **MUST ATTACH** a copy of this Order to any such motion for leave.

**IT IS SO ORDERED.**

                                        **BY THE COURT:**

                                        */s/ R. Barclay Surrick*
                                        **R. BARCLAY SURRICK, J.**